AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For the  District of  Delaware

Brian K Reinbold
v.

United States Postal Service
+
NALC Local 191

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 47

TO: (Name and address of Defendant)

NALC Local 191
8 South Dupont Rd
Wilmington, DE 19804

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brian K Reinbold
PO Box 7565
Wilmington, DE 19805

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                          1/28/05
CLERK                                    DATE
Monica Mosley
(By) DEPUTY CLERK

2005 MAR -7 PH 3:48
FILED CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 01/29/05 |
| NAME OF SERVER (PRINT) BRIAN K Reinbold | TITLE Plantiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Certifie mail # 7004 1160 0006 3104 1062 w/ Return Receipt on January 29, 2005

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $4.42 | TOTAL $4.42 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 04, 2005
　　　　　　　Date　　　　　　Signature of Server

3909 Delaware Street Marshallton DE 19808
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

PO BOX 2565
WILMINGTON, DE 19805-2565

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Sent To: Wall Local 191
Street, Apt. No.; or PO Box No. 8 Sixth Dupont Rd
City, State, ZIP+4 Wilmington, DE 1980Y

7004 1160 0000 4014 2062

PS Form 3800, June 2002    See Reverse for Instructions

CERTIFIED MAIL

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NALC LOCAL 191
8 South Dupont Rd
Wilmington, DE 19804

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7004 1160 0006 3104 1062

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**Certified Mail**

- A mailing receipt
- A unique identifi[er]
- A record of deli[very]
- Certified Mail m[ay be combined with]
- Certified Mail is [not available for]
- NO INSURANC[E COVERAGE]
- valuables, pleas[e]
- For an additiona[l]
- delivery. To obtai[n]
- Receipt (PS For[m]
- fee. Endorse ma[il piece]
- a duplicate retur[n receipt]
- required.
- For an additi[onal]
- addressee's aut[horized agent]
- endorsement "[...]"
- If a postmark or [...]
- cle at the post [office]
- receipt is not ne[eded]

IMPORTANT: Sa[ve...]
Internet access [to...]
addressed to AP[O...]

PO BOX 2565
WILMINGTON, DE 19805-2565

NALC LOCAL 191
8 SOUTH DUPONT RD
WILMINGTON, DE 19804

**Certified Mail Provides:**
- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

*Important Reminders:*
- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement "*Restricted Delivery*".
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT:** Save this receipt and present it when making an inquiry.
Internet access to delivery information is not available on mail addressed to APOs and FPOs.

PS Form 3800, June 2002 (Reverse)



# Track & Confirm

**Shipment Details**

You entered 7004 1160 0006 3104 1062

Your item was delivered at 1:00 pm on February 01, 2005 in WILMINGTON, DE 19804.

Here is what happened earlier:

- ACCEPTANCE, January 29, 2005, 12:11 pm, WILMINGTON, DE 19808

**Notification Options**

▸ Track & Confirm by email    What is this?    Go >

**Track & Confirm**
Enter label number:

Track & Confirm FAQs



POSTAL INSPECTORS
Preserving the Trust

site map  contact us  government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $0.37 |
| Certified Fee | $2.30 |
| Return Reciept Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $4.42 |

Postmark: MARSHALLTON DE, JAN 29 2005, 19808, 01/29/2005

Sent To: NALC Local 191
Street, Apt. No.; or PO Box No.: 8 South Dupont Rd
City, State, ZIP+4: Wilmington, DE 19804

Article Number: 7004 1160 0006 3104 1062

PS Form 3800, June 2002   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NALC LOCAL 191
8 South Dupont Rd
Wilmington, DE 19804

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0006 3104 1062

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540