AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For the _____ District of **DELAWARE**

Brian K Reinbold

v.

United States Postal Service
+
NALC Local 191

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 47

TO: (Name and address of Defendant)

US Attorney District of Delaware
1007 N. Orange St
Suite 700
P.O Box 2046 Wilm, DE 19899

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brian K Reinbold
PO Box 2565
Wilm, DE 19805

an answer to the complaint which is served on you with this summons, within **60** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**                                    1/28/05

CLERK                                                           DATE

_Monica Ogley_

(By) DEPUTY CLERK



PO BOX 2565
WILMINGTON, DE 19805-2565

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US ATTORNEY
District of Delaware
1007 N. Orange St.
Suite 700
PO Box 2046
Wilmington, DE 19899

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7004 1160 0006 3104 1079

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540

**Certified Mail**
- A mailing receip[t]
- A unique identifi[er]
- A record of deliv[ery]

*Important Remin[der]*
- Certified Mail m[ay]
- Certified Mail is
- NO INSURANC[E] valuables, pleas[e]
- For an additiona[l] delivery. To obtai[n] Receipt (PS For[m] fee. Endorse ma[il] a duplicate retur[n] required.
- For an additio[nal] addressee's aut[h] endorsement "[R]
- If a postmark on cle at the post receipt is not ne[eded]

**IMPORTANT:** Sav[e]
Internet access t[o]
addressed to AP[O]

**Certified Mail Provides:**
- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

*Important Reminders:*
- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

IMPORTANT: Save this receipt and present it when making an inquiry. Internet access to delivery information is not available on mail addressed to APOs and FPO's.

PS Form 3800, June 2002 (Reverse)

US ATTORNEY
DISTRICT of DELAWARE
1007 N. ORANGE ST.
SUITE 700
PO BOX 2046
WILMINGTON, DE 19899

PO BOX 2565
WILMINGTON, DE 19805-2565



# USPS - Track & Confirm

## Track & Confirm

### Shipment Details

You entered 7004 1160 0006 3104 1079

Your item was delivered at 9:34 am on February 03, 2005 in WILMINGTON, DE 19899.

Here is what happened earlier:

- NOTICE LEFT, January 31, 2005, 12:01 pm, WILMINGTON, DE 19899
- NOTICE LEFT, January 31, 2005, 10:17 am, WILMINGTON, DE 19899
- ACCEPTANCE, January 29, 2005, 12:11 pm, WILMINGTON, DE 19808

### Notification Options

▶ Track & Confirm by email   What is this?    Go >



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use Privacy Policy



Track & Confirm

Enter label number:

Track & Confirm FAQs

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US Attorney
   District of Delaware
   1007 N. Orange St.
   Suite 700
   PO Box 2046
   Wilmington, DE 19899

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

[Stamp: FEB 03 2005 USPS]

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7004 1160 0006 3104 7079

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $0.37 |
| Certified Fee | $2.30 |
| Return Receipt Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $4.42 |

Postmark 01/29/2005
[Stamp: JAN 29 2005 MARSHALLTON DE 0508 09]

Sent To: US Attorney District of Delaware
Street, Apt. No.; or PO Box No. 1007 N. Orange St, Suite 700/PO Box 2046
City, State, ZIP+4 Wilmington, DE 19899

7004 1160 0006 3104 7079

PS Form 3800, June 2002    See Reverse for Instructions

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 01/29/05 |
| NAME OF SERVER (PRINT) BRIAN K Reinbold | TITLE Plantiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Certified mail # 7004 1160 0006 3104 1079 w/Return Receipt ON February 03, 2005

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $4.42 | TOTAL $4.42 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 4, 2005
        Date            Signature of Server

3909 Delaware Street Marshalton, DE 19808
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.