## *Brian K Reinbold*

*3909 DELAWARE STREET*
*MARSHALTON, DE 19808-5709*
*HOME-(302) 683 9242*
*CELL- (302) 753-4827*

*BKR0822@aol.com*

March 4, 2005

Peter T. Dalleo
U.S. District Court
District of Delaware
844 North King Street          RE: 05-47 GMS
Wilmington, DE 19801

Dear Clerk of the Court,

Please find enclosed four summons and four return of service for the above reference case. Please file these for the record so the case may be scheduled, I thank you for your time and assistants in this matter.

Sincerely,

Brian K Reinbold

Sent via certified mail # 7004 1160 0006 3104 1772 w/return receipt

FILED
2005 MAR -7 PM 3:37
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE