# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

BRIAN K. REINBOLD,                          :
                                            :
       Plaintiff,                           :
                                            :
       v.                                   :       Civil Action No. 05-47-GMS
                                            :
UNITED STATES POSTAL SERVICE,               :
 and NALC LOCAL 191,                         :
                                            :
       Defendant.                           :

## ANSWER AND AFFIRMATIVE DEFENSES

Defendant, United States Postal Service, by and through their undersigned attorneys,

Colm F. Connolly, United States Attorney for the District of Delaware, and Patricia C.

Hannigan, Assistant United States Attorney for the District of Delaware, hereby respond to the

Plaintiff's Complaint as follows:

    1.      Admitted upon information and belief.

    2.      Admitted in part, denied in part.  To the extent that the allegations in paragraph 2

relate to the United States Postal Service,( the "U.S. Postal Service" or "Postal Service"), the

allegations are admitted.  To the extent that the allegations in paragraph 2 relate to parties other

than the Postal Service, the Postal Service is without sufficient knowledge or information to

form a reasonable belief as to the truth of such allegations.

3.    Paragraph 3 of the Complaint is an assertion of jurisdiction, to which no response is required.  To the extent a response is required, denied.

4.    Paragraph 4 is directed at parties other than the Postal Service.  To the extent that any of the allegations contained in Paragraph 4 of the Complaint may be deemed to contain allegations of material fact relative to the Postal Service, they are denied.

5.    This paragraph contains the Plaintiff's prayer for relief to which no response is required.  Answering Defendant specifically denies that Plaintiff is entitled to any money damages or back pay reinstatement, injunctive relief or any other relief.

## <u>AFFIRMATIVE DEFENSES</u>

### FIRST DEFENSE

The complaint fails to state a claim against the Postal Service upon which relief can be granted.

### SECOND DEFENSE

Plaintiff's recovery of compensatory damages under Title VII is limited to Three Hundred Thousand Dollars ($300,000.00).

### THIRD DEFENSE

Plaintiff is not entitled to punitive damages.

WHEREFORE, the Postal Service hereby respectfully requests that Plaintiff's Complaint against the Postal Service be dismissed in its entirety, with prejudice.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By:   /s/Patricia C. Hannigan
Patricia C. Hannigan
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
Patricia.Hannigan@usdoj.gov

Dated: April 19, 2005

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on **April 19, 2005**, I electronically filed a **ANSWER AND AFFIRMATIVE DEFENSES** with the Clerk of Court using CM/ECF.  Notification of such filing will be electronically mailed to the following:

**Susan E. Kaufman, Esquire**
Heiman, Gouge & Kaufman, LLP
P.O. Box 1674
Wilmington, DE 19899
(302) 658-1800
skaufman@hgkde.com

Notification of such filing will be mailed to the following:

**Brian K. Reinbold**
P. O. Box 2565
Wilmington, DE 19805
*Pro Se*


COLM F. CONNOLLY
United States Attorney

By:   /s/Patricia C. Hannigan
      Patricia C. Hannigan
      Assistant United States Attorney
      Delaware Bar I.D. No. 2145
      The Nemours Building
      1007 Orange Street, Suite 700
      P. O. Box 2046
      Wilmington, DE 19899-2046
      (302) 573-6277
      Patricia.Hannigan@usdoj.gov