IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN K. REINBOLD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-47 (GMS) |
| ) | |
| UNITED STATES POSTAL SERVICE ) | |
| also known as UPSP, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SCHEDULING CONFERENCE

IT IS HEREBY ORDERED that, pursuant to Rule 16, Federal Rules of Civil Procedure, and Local Rule 16.2(b), a status and scheduling conference in the above-referenced matter has been set for **Wednesday, May 25, 2005, at 10:30 a.m.**, at the United States Courthouse, 844 King Street, Courtroom 4A, Wilmington, Delaware. Pro Se Plaintiff and Counsel with primary responsibility for this case shall appear and be prepared to address any pending motions.

No continuance of the conference will be granted except by order of the court upon application of counsel supported by a declaration stating the reasons for the request.

Dated: May 18, 2005

                                                   /s/ Gregory M. Sleet
                                    UNITED STATES DISTRICT JUDGE