Brian K Reinbold
3909 Delaware Street
Wilmington, DE 19808

Judge Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

04-342-GMS
05 cv 47 - GmS

        I am writing to ask for a continuance of a scheduling conferance that I was notifed
by phone in the afternoon  on Friday May 20, 2005 by defendants attorney to be herd in front of
you on May 25, 2005  for two cases one at 10:00 and one at 10:30, due to the short notices and
all my papers being packed away for a move. I thank you for your time and understanding in this
matter.

Brian K Reinbold

05/23/05

Phone: 753-4827
Email: BKR0822@aol.com

FILED

MAY 2 4 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE