# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN K. REINBOLD, | : |
|        Plaintiff, | : |
|        v. | : Civil Action No. 04-342-GMS |
| NATIONAL ASSOCIATION OF LETTER CARRIERS BRANCH 1977, | : |
|        Defendant. | : |
| BRIAN K. REINBOLD, | : |
|        Plaintiff, | : |
|        v. | : Civil Action No. 05-47-GMS |
| UNITED STATES POSTAL SERVICE, and NALC LOCAL 191, | : |
|        Defendant. | : |

## MOTION OF UNITED STATES POSTAL SERVICE
## TO DISMISS OR IN THE ALTERNATIVE TO
## COMPEL RULE 26(a) DISCLOSURES BY PLAINTIFF

The United States Postal Service ("USPS"), through the undersigned, moves the Court to dismiss the Complaint as to it, and in support thereof avers as follows:

1. The captioned cases have been consolidated for purposes of discovery. D.I.-18.

2. Plaintiff has failed to serve Rule 26 discovery on any of the three defendants, and has failed to respond to discovery requests served upon him, as detailed in the Motion of Defendants National Association of Letter Carriers Branch 191 and Branch 1977 ["Union

Defendants"] to Dismiss Complaint for Failure to Prosecute or in the Alternative to Compel Discovery, and in the Memorandum of Law in support of that motion. D.I.-22, 23. The USPS adopts the reasoning and analysis set forth in the Union Defendants' Motion and Memorandum of Law, both of which are incorporated herein by reference.

3.  In addition, the USPS notes that if the Plaintiff is unable to show a breach of duty by the Union Defendants, any claims he might have against the USPS are barred. *Hines v. Anchor Motor Freight, Inc.*, 424 U.S. 554, 570 - 571 (1976); *Vaca v. Sipes*, 386 U.S. 171, 186 (1967); *Weber v. Potter*, 338 F.Supp. 2d 600, 606 (E.D.Pa. 2004). *See* USPS' Memorandum of Law in Support of the instant motion.

4.  The Court's Scheduling Order in this matter (D.I.-18) calls for summary judgment motions to be filed on or before November 30, 2005. The USPS also requests that the Scheduling Order be amended to vacate the date by which Summary Judgment motions are to be served and filed, until after the Court has an opportunity to rule on the Motions to Dismiss. A proposed form of Order granting that relief is attached hereto as Exhibit A.

WHEREFORE the USPS moves the Court to dismiss the Complaint as to it, or in the alternative to compel Rule 26(a) disclosures by the Plaintiff.  A proposed form of Order granting that relief is attached hereto as Exhibit B.

    Respectfully submitted,

    COLM F. CONNOLLY
    United States Attorney

By:  /s/Patricia C. Hannigan
    Patricia C. Hannigan
    Assistant United States Attorney
    Delaware Bar I.D. No. 2145
    The Nemours Building
    1007 Orange Street, Suite 700
    P. O. Box 2046
    Wilmington, DE 19899-2046
    (302) 573-6277
    Patricia.Hannigan@usdoj.gov

Dated: November 8, 2005

# Exhibit A

Case 1:05-cv-00047-GMS     Document 24     Filed 11/08/2005     Page 4 of 8

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BRIAN K. REINBOLD, : | |
|  : | |
| Plaintiff, : | |
|  : | |
| v. : | Civil Action No. 04-342-GMS |
|  : | |
| NATIONAL ASSOCIATION OF LETTER : | |
| CARRIERS BRANCH 1977, : | |
|  : | |
| Defendant. : | |
| BRIAN K. REINBOLD, : | |
|  : | |
| Plaintiff, : | |
|  : | |
| v. : | Civil Action No. 05-47-GMS |
|  : | |
| UNITED STATES POSTAL SERVICE, : | |
| and NALC LOCAL 191, : | |
|  : | |
| Defendant. : | |

**ORDER**

**AND NOW**, this _____ day of _____ 2005, after considering Defendant, United States Postal Service's motion to dismiss, it is hereby

**ORDERED** that the date by which Motions for Summary Judgment are to filed, as set forth in the Court's Scheduling Order of June 29, 2005, shall be vacated until such time as the Court rules on the pending Motions to Dismiss.

BY THE COURT:

_____
HONORABLE GREGORY M. SLEET
District Judge
United States District Court

# Exhibit B

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BRIAN K. REINBOLD, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 04-342-GMS |
| : | |
| NATIONAL ASSOCIATION OF LETTER : | |
| CARRIERS BRANCH 1977, : | |
| : | |
| Defendant. : | |
| BRIAN K. REINBOLD, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 05-47-GMS |
| : | |
| UNITED STATES POSTAL SERVICE, : | |
| and NALC LOCAL 191, : | |
| : | |
| Defendant. : | |

## **ORDER**

**AND NOW**, this _____ day of _____ 2005, after considering

Defendant, United States Postal Service's Motion to Dismiss or in the Alternative to Compel

Rule 26(a) Disclosures by the Plaintiff, it is hereby

**ORDERED** that the Motion is GRANTED.

                                                  BY THE COURT:

                                                  _____
                                                  HONORABLE GREGORY M. SLEET
                                                  District Judge
                                                 United States District Court

## CERTIFICATE OF SERVICE

      I hereby certify that on **November 8, 2005**, I electronically filed a **MOTION OF UNITED STATES POSTAL SERVICE TO DISMISS** with the Clerk of Court using CM/ECF. Notification of such filing will be electronically mailed to the following:

**Susan E. Kaufman, Esquire**
Heiman, Gouge & Kaufman, LLP
P.O. Box 1674
Wilmington, DE 19899
(302) 658-1800
skaufman@hgkde.com

and two copies of the foregoing **MOTION OF UNITED STATES POSTAL SERVICE TO DISMISS OR IN THE ALTERNATIVE TO COMPEL RULE 26(a) DISCLOSURES BY PLAINTIFF,** will be mailed, via First Class U.S. Mail to the following:

**Brian K. Reinbold**
P. O. Box 2565
Wilmington, DE 19805
*Pro Se*

                COLM F. CONNOLLY
                United States Attorney

      By:  /s/Patricia C. Hannigan
           Patricia C. Hannigan
           Assistant United States Attorney
           Delaware Bar I.D. No. 2145
           The Nemours Building
           1007 Orange Street, Suite 700
           P. O. Box 2046
           Wilmington, DE 19899-2046
           (302) 573-6277
           Patricia.Hannigan@usdoj.gov