

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

BRIAN K REINBOLD
PLAINTIFF

-vs.-

CASE No. 05-047 GMS

NATIONAL ASSOCIATION OF
LETTER CARRIERS LOCAL 191
and UNITED STATES POSTAL SERVICE
DEFENDANTS

## ANSWER TO DEFENDANTS MOTION
## TO DISMISS

A response to the defendants *Interrogatories* dated June 29, 2005 and there *Documents Requested* dated June 29, 2005 were sent via certified mail #7004 1160 0006 3104 1758 on July 26, 2005 and was received on July 28, 2005 by Defendant. Please see enclosed copies.

Dated November 16, 2005

Brian K Reinbold
3909 Delaware Street
Wilmington, DE 19808
Plaintiff

FILED
2005 NOV 17  PM 12: 38
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

BRIAN K REINBOLD
    PLAINTIFF

  -vs.-                                 CASE No. 05-047 GMS

NATIONAL ASSOCIATION OF
LETTER CARRIERS LOCAL 191
and UNITED STATES POSTAL SERVICE
    DEFENDANTS

## CERTIFICATE OF SERVICE

I herby certify that a copy of each of the attached Answer was sent to the defendants by
certified mail # 7004 1160 0006 3104 1734 on November 17, 2005.

Dated November 16, 2005

                                               Brian K Reinbold
                                               3909 Delaware Street
                                              Wilmington, DE 19808
                                                     Plaintiff

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

NEW YORK NY 10036

| | |
|---|---|
| Postage | $ $0.37 |
| Certified Fee | $2.30 |
| Return Reciept Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.42 |

07/26/2005

Postmark Here
JUL 26 2005

Sent To _Cohen, Weiss + Simon LLP_
Street, Apt. No.; or PO Box No. _330 West 42ND St_
City, State, ZIP+4 _New York, NY 10036-6976_

7004 1160 0006 3104 1758

PS Form 3800, June 2002                See Reverse for Instructions

---

| **SENDER:** COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Cheryl Lassman_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery |
| 1. Article Addressed to:<br><br>_Cohen, Weiss + Simon_<br>_Attn: Oriana Vigliotti_<br>_330 West 42ND St_<br><br>_New York, NY 10036-6976_ | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 1160 0006 3104 1758 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540