# Brian K. Reinbold Sr.

3909 Delaware Street
Marshalton, DE 19808-5709
Phone (302) 683-9242
Cell (302) 753-4827
BKR0822@aol.com

April 16, 2006



Judge Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801-3570

      Re: Brian K Reinbold vs. NALC 191 & USPS
          US District Court Case # 05-047 (GMS)

Dear Judge Sleet:

   Please find enclosed my request for you to reconsider your order dated April 10, 2006 and reopen the case and schedule it for a jury trial.

                                       Sincerely,

                                       Brian K Reinbold

Hand delivered to court

Cc:

Sent via certified mail # 7004 1160 0006 3104 1161 w/ return receipt To
Oriana Vigliotti c/o Cohen, Weiss & Simon LLP

Sent via certified mail #7004 1160 0006 3104 1260 w/return receipt
   Patricia Hannigan US Attorney General
      file

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**BRIAN K REINBOLD**
  Plaintiff,

vs.                                                                 Civil Action Number
                                                                    05-047 GMS

**NALC BRANCH 191 & USPS**
  Defendant

## MOTION FOR RECONSIDER ORDER
## AND SCHEDULE FOR JURY TRIAL

On April 10, 2006 the court ruled on a Motion for Summary Judgment filed by the USPS, in it's order the court states that I the plaintiff never responded to the motion filed by the USPS and have not submitted any arguments to support my claims when I filed the case. The NALC filed a Motion to Dismiss for Failure for Lack of Prosecution which the court denied.

*Arguments in Support:*

On July 26, 2005 I the plaintiff sent a response to attorneys for NALC 1977 & NALC 191 for there Request for Interrogatories and Documents dated June 29, 2005 and was received by them on July 28, 2005.

On July 26, 2005 I the plaintiff sent a copy of my response to attorney for USPS for the Request for Interrogatories and Documents dated June 29, 2005 by NALC 1977 & NALC 191 and was received by them on July 29, 2005.

On September 6, 2005 I the plaintiff sent a copy of my requests for Interrogatories and Documents dated September 5, 2005 to attorney for USPS and was received by them on September 8, 2005.

On September 6, 2005 I the plaintiff sent a copy of my requests for Interrogatories and Documents dated September 5, 2005 to attorney for NALC 1977 & NALC 191 and was received by them on September 8, 2005.

I still have not received a response from either defendants for my request for Interrogatories and Documents.

The last correspondents I received from the attorneys for NALC 1977 & NALC 191 Was there Motion to Dismiss for Failure to Answer there Interrogatories and Documents Request.

The last correspondents I received from the attorneys for USPS was there Documents for Disclosure.

I have never received a Motion to Dismiss from the USPS.

The USPS has filed documents stating that the NALC 191 had not filed statements to the Step B Team in my support for or against me in my grievance.

The USPS has filed documents stating that the NALC 191 knew and believed that the USPS was harassing me and nothing was done.

The USPS has filed documents stating that I violated the SOP and then contends I followed it at the same time.

*CLOSING:*
I believe the records and documents filed by USPS show that the NALC 191 & USPS were in violation of the CBA and there own agreements and disregarded any rules or guidelines so they could remove me from the post office.

I ask that the court reconsider the order filed on April 10, 2006 And reopen the case and schedule for a jury trial at it's earliest time or schedule a conference were the claims can be proven.

Brian K Reinbold
3909 Delaware Street
Wilmington, DE 19808-5709