*Brian K. Reinbold Sr.*

3909 Delaware Street
Marshalton, DE 19808-5709
Phone (302) 683-9242
Cell (302) 753-4827
BKR0822@aol.com

April 16, 2006



Judge Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801-3570

    Re: Brian K Reinbold vs. NALC 191 & USPS
     US District Court Case # 05-047 (GMS)

Dear Judge Sleet:

 Please accept this request for the court to appoint an attorney for me for the above case, I have tried to work with the defendants in this case with no avail They will not answer my letters or requests and I have tried to seek volunteer help with no one wanting to help. I believe this is the only way to insure a fair and impartial outcome as I'm not familiar with all the aspects of this courts.

               Sincerely,

               Brian K Reinbold

Hand delivered to court

Cc:

Sent via certified mail # 7004 1160 0006 3104 1161 w/ return receipt To
Oriana Vigliotti c/o Cohen, Weiss & Simon LLP

Sent via certified mail #7004 1160 0006 3104 1260 w/return receipt
 Patricia Hannigan US Attorney General
  file