*Exhibit 1 A*

# Brian K. Reinbold Sr.

3909 Delaware Street
Marshalton, DE 19808-5709
Phone (302) 683-9242
Cell (302) 753-4827
BKR0822@aol.com

July 25, 2005

Cohen, Weiss and Simon LLP
Attn: Oriana Vigliotti
330 West 42ND Street
New York, N.Y. 10036-6976

    Re: Brian K Reinbold vs. NALC Branch 1977
        US District Court Case # 04-342GMS

Dear Ms. Vigliotti

Please find attached the answer to you Interrogatories and Documents request for NALC Branch 1977 dated June 29, 2005.

                                              Sincerely,

                                              Brian K Reinbold

Sent via certified mail # 7004 1160 0006 3104 1826 w/return receipt
 on July 26, 2005

Cc: USAG Patricia Hannigan
via certified mail# 7004 1160 0006 3104 1833 w/ return receipt
On July 26, 2005

file

Exhibit 1A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

BRIAN K. REINBOLD
   Plaintiff,

vs.

NALC BRANCH 1977
   Defendant

Civil Action Number
04-342 GMS

## RESPONSE TO DEFENDANTS SET OF INTERROGATORIES
## DATED JUNE 29, 2005

ANSWER TO QUESTION 1:

    Aubrey Fisher
    USPS Letter Carrier
    NALC Local 1977 President
    Newark, DE

    Keith Jordon
    USPS Letter Carrier
    Vice-President/Shop Steward NALC Local 191
    Wilmington, DE

    Bob Wilkerson
    USPS Letter Carrier
    NALC Local 191 President
    Wilmington, DE

    Chris Cambell
    USPS Letter Carrier
    Shop Steward NALC Local 191
    Wilmington, DE

    Jeff Cushner
    USPS Letter Carrier
    Shop Steward NALC Local 191
    Wilmington, DE

    Jim Surfey
    NBA Rep. Region 13
    NALC
    Virginia Beach, VA

*Exhibit 1A*

Dick Gentry
NBA Agent Region 13
NALC
Virginia Beach, VA

Sally Dryden
Postmaster
Newark, DE

Kim Young
Carrier Supervisor
Newark, DE

**ANSWER TO QUESTION 2:** PTF Letter Carrier January 2001-May 2001 Newark, DE
PTF Letter Carrier May 2001-December 2004

**ANSWER TO QUESTION 3:** No grievance filed in May of 2001, Seniority taken away and Violated National Agreement 2001-2006

**ANSWER TO QUESTION 4:** Grievance was never filed on my behalf in May 2001 when the USPS was trying to remove me, and my retreat right were refused in April of 2003 and 2004

**ANSWER TO QUESTION 5:** October 27, 2004 for Failure to Follow Instructions

**ANSWER TO QUESTION 6:** loss all back pay with pay raises, heath insurance cost, seniority, vacation, sick leave and benefits from removal till case end


The above question where answered to the best of my ability.

Brian K Reinbold
Plaintiff
July 25, 2005

Exhibit 4

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

BRIAN K REINBOLD
    Plaintiff,

vs.

NALC BRANCH 1977
    Defendant

Civil Action Number
04-342 GMS

### RESPONSE TO DEFENDANTS DOCUMENT REQUEST
### DATED JUNE 29, 2005

Please find attached all documents that answer your request 1-8

I believe I have supplied all documents in my possession
and have answered all request to the best of knowledge.

Brian K Reinbold
Plaintiff
July 25, 2005

*Exhibit 4A*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

**BRIAN K REINBOLD**
Plaintiff,

vs.

**NALC BRANCH 1977**
Defendant

Civil Action Number
04-342 GMS

## NOTICE OF SERVICE

I herby state that a response to the above defendant NALC 1977 for there Interrogatories and Document Request dated June 29,2005 was sent to the USPS attorney in a prepaid envelope
And then certified with a return receipt certified # 7004 1160 0006 3104 1833 on July 26, 2005 to Attn: Patrica Hannigau US Attorney General 1007 Orauge Street Suite 700 P.O. Box 2046 Wilmington, DE 19899-2046

Brian K Reinbold
Plaintiff
July 25,2005

*Exhibit 4A*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BRIAN K REINBOLD
    Plaintiff,

vs.

NALC BRANCH 1977
    Defendant

Civil Action Number
04-342 GMS

## NOTICE OF SERVICE

I herby state that a response to the above defendants for there Interrogatories and Document Request dated June 29,2005 was sent in a prepaid envelope And then certified with a return receipt certified # 7004 1160 0006 3104 1826 on July 26, 2005 to Cohen, Weiss and Simon LLP Mrs. Oriana Vigliotti 330 west 42nd Street, New York, NY 10036-6976

Brian K Reinbold
Plaintiff
July 25,2005