Exhibit 1B



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  Cheryl Lassman   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Cohen, Weiss and Simon LLP<br>ATTN: Oriana Vigliotti<br>330 West 42nd St<br>New York, NY 10036-6876 | JUL 28 2005<br><br>D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 1160 0006 3104 1826 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

2006 MAY -2 PM 1:35
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE