*Exhibit 2*

## Brian K Reinbold Sr.

3909 Delaware Street
Marshalton, DE 19808-5799
Phone (302) 683-9242
Cell (302) 753-4827
BKR0822@aol.com

September 5, 2005

Cohen, Weiss & Simon LLP
Attn: Oriana Vigliotti
330 West 42nd Street
New York, NY 10036-6976

Re: Brian K Reinbold vs. NALC 1977
US District Court Case # 04-432 (GMS)

Dear Mrs. . Vigliotti,

Please find enclosed my request for interrogatories and documents
dated September 5, 2005.

Sincerely,

Brian K Reinbold

Sent via certified mail # 7004 1160 0006 3104 1680 w/ return receipt

Cc: Patricia Hannigan US Attorney General
1007 Orange Street Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
Sent via certified mail #7004 1160 0006 3104 1673 w/return receipt

file

*Exhibit 2*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

**BRIAN K REINBOLD**
Plaintiff,

vs.

**Civil Action Number**
**04-432 GMS**

**NALC BRANCH 1977**
Defendant

## REQUEST OF DOCUMENTS
## TO DEFENDANTS NALC 1977
## PLAINTIFF BRIAN K REINBOLD

Following the civil rules of procedure Plaintiff Brian K Reinbold
Request the following documents on the defendants NALC 1977      Please
respond in the time frame set by the court.

## *DOCUMENTS*

#1. All documents concerning all communications between defendants NALC &
USPS
written, oral etc... pertaining to the employment of plaintiff.

#2. All documents concerning all communications between defendants NALC &
USPS
written, oral etc... pertaining to the discipline of plaintiff.

#3.All documents concerning all communications between defendants NALC &
USPS
written, oral etc... pertaining to grievances, days in court, settlements, of plaintiff.

#4.All documents concerning all communications between defendants NALC &
USPS and Shop Stewards written, oral etc... pertaining to the discipline of
plaintiff.

#5.All documents concerning all communications between defendants NALC &
USPS and Shop Stewards written, oral etc... pertaining to the employment of
plaintiff.

Exhibit 2

#6. All manuals, SOP's, letters memos pertaining to employment of plaintiff.

#7. All time, dates, topic of discussions of all floor meetings, one on one meetings pertaining to employment of plaintiff.

#8. All statements made for or against plaintiff pertaining to employment or discipline of plaintiff.

#9. Copy all grievances and settlements pertaining to discipline of plaintiff.

#10. All documents, manuals or letters that support your defense of claims made by plaintiff.

Brian K Reinbold
3909 Delaware Street
Wilmington, DE 19808-5709
Plaintiff
September 5, 2005

*Exhibit 2*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

BRIAN K REINBOLD
Plaintiff,

vs.

NALC BRANCH 1977
Defendant

Civil Action Number
04-342 GMS

### REQUEST OF INTERROGATORIES
### TO DEFENDANTS NALC 1977 FROM
### PLAINTIFF BRIAN K REINBOLD

Following the civil rules of procedure Plaintiff Brian K Reinbold
Request the following interrogatories on the defendants NALC 1977 . Please
respond in the time frame set by the court.

### *INTERROGATORIES*

Interrogatories #1: Name each person, their title who has information concerning
defense to the claims made.

Interrogatories #2: List all positions held by plaintiff and when and where

Interrogatories #3: Specify all meetings, floor talks and conversations held by
defendants and plaintiffs as well as parties present and dates and times.

Interrogatories #4: State defendants claims of cause of removal of plaintiff from the
USPS.

Brian K Reinbold
3909 Delaware Street
Wilmington, DE 19808-5709
Plaintiff
September 5, 2005

*Exhibit 2*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

**BRIAN K REINBOLD**
   Plaintiff,

vs.                                                      **Civil Action Number**
                                                           **04-432 GMS**

**NALC BRANCH 1977**
   Defendant

### NOTICE OF SERVICE

I herby state that a request to the above defendants NALC 1977 for the Plaintiffs
Interrogatories and Document Request dated September 5 ,2005 was sent to the
USPS attorney in a prepaid envelope
And then certified with a return receipt certified # 7004 1160 0006 3104 1673 on
September 6, 2005 to Attn: Patrica Hannigan US Attorney General 1007 Orange
Street Suite 700 P.O. Box 2046 Wilmington, DE 19899-2046

**Brian K Reinbold**
**Plaintiff**
**September 5,2005**

*Exhibit 2*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

**BRIAN K REINBOLD**
**Plaintiff,**

vs.

**Civil Action Number**
**04-432 GMS**

**NALC BRANCH 1977**
**Defendant**

### NOTICE OF SERVICE

I herby state that a request to the above defendants NALC 1977 for the Plaintiffs
Interrogatories and Document Request dated September 5 ,2005 was sent to the
NALC  attorney in a prepaid envelope
And then certified with a return receipt certified # 7004 1160 0006 3104 1680 on
September 6, 2005 to Attn: Ohen, Weiss & Simon LLP Attn: Oriana Vigliotti
330 west 42nd Street, New York, NY 10036-6976

**Brian K Reinbold**
**Plaintiff**
**September 5,2005**