*Exhibit 2A*

# Brian K. Reinbold Sr.

3909 Delaware Street
Marshalton, DE 19808-5709
Phone (302) 683-9242
Cell (302) 753-4827
BKR0822@aol.com

September 5, 2005

Patricia Hannigan
US Attorney General
1007 orange Street
P.O. Box 2046
Wilmington, DE 19899-2046

Re: Brian K Reinbold vs. NALC 191 & USPS
US District Court Case # 05-047 (GMS)

Dear Mrs. Hannigan

Please find enclosed my request for interrogatories and documents Dated September 5, 2005.

Sincerely,

Brian K Reinbold

Sent via certified mail #7004 1160 0006 3104 1673 w/return receipt

*Exhibit 2A*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

BRIAN K REINBOLD
Plaintiff,

vs.

Civil Action Number
05-047 GMS

NALC BRANCH 191 & USPS
Defendant

## REQUEST OF INTERROGATORIES
## TO DEFENDANTS NALC 191 & USPS FROM
## PLAINTIFF BRIAN K REINBOLD

Following the civil rules of procedure Plaintiff Brian K Reinbold
Request the following interrogatories on the defendants NALC 191 & USPS. Please
respond in the time frame set by the court.

### *INTERROGATORIES*

Interrogatories #1: Name each person, their title who has information concerning defense to the claims made.

Interrogatories #2: List all positions held by plaintiff and when and where

Interrogatories #3: Specify all meetings, floor talks and conversations held by defendants and plaintiffs as well as parties present and dates and times.

Interrogatories #4: State defendants claims of cause of removal of plaintiff from the USPS.

Brian K Reinbold
3909 Delaware Street
Wilmington, DE 19808-5709
Plaintiff
September 5, 2005

*Exhibit 2A*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

BRIAN K REINBOLD
    Plaintiff,

vs.

NALC BRANCH 191 & USPS
    Defendant

Civil Action Number
05-047 GMS

## REQUEST OF DOCUMENTS
## TO DEFENDANTS NALC 191 & USPS FROM
## PLAINTIFF BRIAN K REINBOLD

Following the civil rules of procedure Plaintiff Brian K Reinbold
Request the following documents on the defendants NALC 191 & USPS. Please
respond in the time frame set by the court.

## *DOCUMENTS*

#1. All documents concerning all communications between defendants NALC &
USPS
written, oral etc… pertaining to the employment of plaintiff.

#2. All documents concerning all communications between defendants NALC &
USPS
written, oral etc… pertaining to the discipline of plaintiff.

#3. All documents concerning all communications between defendants NALC &
USPS
written, oral etc… pertaining to grievances, days in court, settlements, of plaintiff.

#4. All documents concerning all communications between defendants NALC &
USPS and Shop Stewards written, oral etc… pertaining to the discipline of
plaintiff.

#5. All documents concerning all communications between defendants NALC &
USPS and Shop Stewards written, oral etc… pertaining to the employment of
plaintiff.

*Exhibit 2A*

#6. All manuals, SOP's, letters memos pertaining to employment of plaintiff.

#7. All time, dates, topic of discussions of all floor meetings, one on one meetings pertaining to employment of plaintiff.

#8. All statements made for or against plaintiff pertaining to employment or discipline of plaintiff.

#9. Copy all grievances and settlements pertaining to discipline of plaintiff.

#10. All documents, manuals or letters that support your defense of claims made by plaintiff.

Brian K Reinbold
3909 Delaware Street
Wilmington, DE 19808-5709
Plaintiff
September 5, 2005

Exhibit 2A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

BRIAN K REINBOLD
Plaintiff,

vs.

NALC BRANCH 191 & USPS
Defendant

Civil Action Number
05-047 GMS

### NOTICE OF SERVICE

I herby state that a request to the above defendants NALC 191 & USPS for the Plaintiffs Interrogatories and Document Request dated September 5 ,2005 was sent to the USPS attorney in a prepaid envelope
And then certified with a return receipt certified # 7004 1160 0006 3104 1673 on September 6, 2005 to Attn: Patrica Hannigan US Attorney General 1007 Orange Street Suite 700 P.O. Box 2046 Wilmington, DE 19899-2046

Brian K Reinbold
Plaintiff
September 5,2005