Exhibit 2C

2006 MAY -2 PM 1:36
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**Receipt 1 (certified mail stamps, SEP 06 2006, SHARON HILL PA 19079):**
Sent to: US Attorney General, District of DE

**Receipt 2 (certified mail stamps, SEP 06 2006, SHARON HILL PA 19079):**
Sent to: Cohen, Weiss + Simon LLP, 330 West 42nd St, New York, NY 10036-6976

---

**Return Receipt 1 (Form 3811):**
- Date: 9/29/05
- A. Signature: X (signed)
- B. Received by (Printed Name): CM Tonsle (?)
- USPS stamp: SEP 8 2006, ROBERT STA, WILMINGTON
- Article Addressed to:
  US Attorney General Office
  District of DE
  ATTN: Patricia Hannigan
  07 Orange St, Suite 700
  PO Box 2046
  Wilm, DE 19899-2046
- Service Type: ☒ Express Mail
- Article Number: 7004 1160 0006 3104 1673
- Form 3811, August 2001  Domestic Return Receipt  102595-02-M-1540

---

**Return Receipt 2 (Form 3811):**
- Date: 09/05
- A. Signature: X C-B-M (signed)
- B. Received by (Printed Name): C. Bright
- C. Date of Delivery: SEP 08 2006
- 191
- Article Addressed to:
  Cohen, Weiss + Simon LLP
  ATTN: Briana Vigliotti
  330 West 42nd Street
  New York, NY 10036-6976
- Service Type: ☒ Express Mail
- Article Number: 7004 1160 0006 3104 1697