**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Chen, Weiss + Simon LLP
ATTN: Oriana Vigliotti
30 West 42nd St
New York, NY 10036-6976

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X C. Bright
☐ Agent
☐ Addressee

B. Received by (Printed Name): C. Bright
C. Date of Delivery: SEP 08 2005

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1077

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Article Number (Transfer from service label): 7004 1160 0006 3104 1680

Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

Exhibit 2D

RG Scanned

FILED
2006 MAY -2 PM 1:36
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

---

CERTIFIED MAIL RECEIPT

7004 1160 0006 3104 1734

Sent To: Colm Weiss + Simon LLP ATTN: Oriana Vigliotti
Street, Apt No. or PO Box No.: 30 W 42nd St
City, State, ZIP+4: New York NY 10036-6976

Postage: $0.37
Certified Fee: $2.30
Return Receipt Fee: $1.75
Restricted Delivery Fee: 
Total Postage & Fees: $

Postmark 11/17/2005

---

7004 1160 0006 3104 1777

CERTIFIED MAIL RECEIPT

Sent To: US Attorney Oshry of NE ATTN: Patricia Hannigan
Street, Apt No. or PO Box No.: 1007 Orange Street, Suite 700, PO Box 2046
City, State, ZIP+4: Wilmington DE 19899-2046

Postage: $0.37
Certified Fee: $2.30
Return Receipt Fee: $1.75
Restricted Delivery Fee: 
Total Postage & Fees: $

Postmark 11/17/2005

---

SHARON HILL PA
SEP 2005
19079

Chen Weiss + Simon LLP Attn: Oriana Vigliotti
320 West 42nd St
New York NY 10036-6976