*Exhibit 3A*    *EXHIBIT C*

ON DEC 14,2003 PTF BRIAN REINBOLD WAS APPROVED FOR ANNUAL
LEAVE FOR THE WEEK OF CHRISTMAS 12/25/03 THRU 01/02/04. I THEN
APPROACHED KEVIN BURNS INQUIRING ABOUT THE SCHEDULE FOR CHRISTMAS
WEEK. HE QUESTIONED WHY, DID INEED SOMETHING. I TOLD HIM, SINCE BRIAN
WAS APPROVED FOR CHRISTMAS WEEK, HE WAS ALSO OFF ON 12/24/03. I
EXPLAINED TO HIM THAT 12/24/03 WAS RT 501"S N/S DAY AND THAT ITEM#6 IN
THE LOCAL AGREEMENT COVERS THAT. KEVIN TOLD ME THAT IT DIDN'T
MATTER BECAUSE BRIAN HAD TOLD HIM THAT IF NEEDED HE WOULD COME IN
AND SET UP HIS JOB. KEVIN TOLD ME THAT HE DIDN'T NEED HIM TO JUST SET
HIS JOB. THAT WAS USELESS TO HIM.
    WHEN THE SCHEDULE WAS POSTED FOR CHRISTMAS WEEK I NOTICED BRIAN
WAS ON THE SCHEDULE FOR 12/24/03. I WENT TO KEVIN AND ASKED HIM WHY
BRIAN WAS SCHEDULE. HE REPLIED "I NEED HIM". AND BRIAN SAID HE WOULD
SET UP HIS JOB.
    BRIAN STATED TO ME THAT HE VOLUNTEERED TO COME IN AND SET HIS JOB
DURING HIS WK OFF AND KEVIN TOLD HIM HE DIDN'T NEED HIM.
    HE WAS NEVER ASKED IF HE COULD WORK ON 12/24/03. AGAIN I QUESTIONED
KEVIN ON WHAT WAS GOING ON. AT THIS POINT NEITHER BRIAN NOR MYSELF
KNEW WHAT WAS GOING ON. KEVIN JUST KEPT SAYING BRIAN WAS IN ON 12/24.
    KEVIN TOLD ME THAT I WAS WRONG ABOUT ITEM #6 IN THE LOCAL. THAT ITEM
#6 DOSEN'T PERTAIN TO BRIAN BECAUSE HE WAS A PTF.
    MY IMPRESSION IS SOMEHOW MANAGEMENT WAS UPSET THAT MR
REINBOLD GOT OFF CHRISTMAS WEEK AND WOULD ALSO HAVE OFF CHRISTMAS
EVE. DUE TO N/S DAY FALLING ON CHRISTMAS EVE.
    I ALSO BELIEVE THAT IF MANAGEMENT KNEW THE CONTRACT THIS WOULD
NOT HAVE HAPPENED.

JEFFREY S. CUSHNER

NALC SHOP STEWARD