Exhibit 3B

This is a statement requested by my union for the steps I did from the time I got back to the Lancaster Avenue Station on October 20, 2004 till I punched out to go home.

    I returned back to the station around 4:13pm, I first parked my vehicle in its assigned spot and proceeded to go into the building get a hamper and swiped my time card back to the office. I then went out to my vehicle emptied it check to make sure no mail was left in it, I then scanned my return office scan and entered my end mileage. I was heading back into the building when another carrier was coming out, were I had a brief conversation with him, then I emptied my out going mail in the hamper at the dock put what I had in the out going meter tray and my empty trays and tubs in the a-frame on the dock. I then proceeded into the building headed over to my desk put my hard trays under my desk my bundle of mail on the desk and mark the parcels I brought back with the date and put them on the shelf where they belonged. I then returned the hamper to the package area went back grabbed my keys and accountable and proceeded to get cleared. I asked a clerk that was standing there if he was clearing and he said he be right back, after a couple of minutes I got on the intercom to have someone clear carriers as there was a couple in line. Supervisor Carla came over took my keys and said I was missing a return receipt. I went over to my desk went through the bundle of mail retrieved the return receipt and got cleared. I proceeded to go to the restroom when I came out walk over to Supervisor Carla and asked if there was anything else for me or did she want me to go out and help someone and she said no everything was ok. I went over grabbed my jacket turned off my light and proceeded to the time clock where I punched out.

Brian K Reinbold