*Exhibit 3C*

Brian K Reinbold
P.O. Box 2565
Wilmington, DE 19805-2565

This a statement requested by my union for the events on Wednesday October 20, 2004.

I came into work to start my day on Rt. 501, around 7:15 am I was called into the managers office and told that I could leave the mail I bring back off the street on my desk and take care of it the next morning. Around 8:01 am I was approached by my supervisor about a MSP scan point being missed and that he was going to write me up for missing it. I explained that I had scanned all the MSP on my route that I had before and didn't hear anything the last four days about missing one, he then came back over to my case and stated that there was a scan point at 1300 W. 7th Street and proceeded to ask the carrier next to me that had held my route down where it was, I told him a had not seen one at there and never knew a new one was put there. He then proceeded to tell me that he was going out to see the scan point and when he got back he was going to write me up for failure to follow instruction and the SOP. I made my shop steward aware of what was being said and going on. I proceeded to finish casing my route and pulling it down for the street, as I was leaving for the office when my supervisor returned and said that the scan point was not there and he had talked to the customer and didn't know where it went and where did I want the new MSP at after a short discussion I left for the street. I was on my 700 North Franklin Street relay when I called back to the post office at 2:45 pm and got a busy signal, as I ended my relay I called back to the post office and Supervisor Carla answered I asked if she was the closing supervisor or Joe and she said she was I told her I was running about 15 minutes plus over the time I was given and she told me Ok keep going and she would tell Kevin. When I returned to the post office I went in to get a hamper to unload my truck and clean up as I came back into the building another carrier was leaving and we had a short discussion.. I went in the building emptied my hamper and went over to get cleared and asked a clerk if they could clear me I was told he would be right back. After waiting a couple minutes I got on the intercom and asked for someone to clear carriers as there was two behind me. Supervisor Carla came over and proceeded to clear carriers I was told I was missing a return receipt, I went over to my case flipped through my bundle of mail I had on my desk retrieved the return receipt and finished getting cleared. I went to the restroom and then went to Supervisor Carla and asked if there was anything else for me or if I had to go back out and she replied no everything was covered. I then proceeded to punch and go home.

Brian K Reinbold