Exhibit 4
Pg 1

CUSTOMER SERVICES


UNITED STATES
POSTAL SERVICE

# STANDARD OPERATING PROCEDURERS
# CITY DELIVERY CARRIERS
### EFFECTIVE JUNE 14, 2004

**MORNING OFFICE DUTIES:**

1. Clock in; secure your assigned MDCD (scanner) and vehicle key. Proceed directly to your vehicle and perform the required inspection with the help of another city carrier. No unnecessary conversation at the time of the inspection is permitted. Should your vehicle need repairs, notify your supervisor immediately by a PS form 4565.

2. Report directly to your assigned route and begin casing available flats, holding a hand full of flats in the crook of your arm while casing, picking up one piece at a time is not acceptable.

3. After all available flats are cased, start casing available letters starting with first class, picking up a solid handful of letters with the left hand and case with the right hand maintaining eye-hand coordination. (M-39 Section 224.2). Case any marriage mail cards into an empty case (for park and loop routes only). Continue casing mail in separations without tapping letters on the ledge or reinforcing within the slots. Start with standard letters after first class letters are cased. **Do not case DPS mail.** Plan on casing all mail unless authorized to curtail. If your route has more than one sequence mailing, (park and Loop routes **ONLY**) will be advised by their supervisor on which sequence mailing will be cased. Curbside delivery, centralized delivery and CBU delivery will take all sequence mailings as separate bundles. **ATTEND QUIETLY AND DILIGENTLY TO YOUR WORK AND REFRAIN FROM LOUD TALKING. M-39 112.25. ABSOLUTLEY NO AUTHORIZED CELL PHONE USE WILL BE PERMITTED ON THE WORKROOM FLOOR.**

4. The supervisor will make an announcement advising when you have received all of your mail. Management will then instruct you on your route for the day.

5. When all mail is cased, bring your hamper to case and work all SPRs in the case. Withdraw mail from the case and place in trays. When all deliverable mail is withdrawn from case, pull mark up and CFS and take to appropriate areas. Place all UBBM in UBBM tub at your case. Make final withdrawal from HOT CASE, leave RED CARD in the HOT CASE, and scan bar code.

1500 LANCASTER AVENUE
WILMINGTON, DE 19805-9998
302-654-0725
Fax: 302-654-0624

*Exhibit 4*
*pg 2*

-2-

# STREET DUTIES

6. Clock on to street time, scan appropriate barcodes for vehicle, load your vehicle lining up your parcels in sequence of delivery and place one tray each of residual, DPS, and any other sequence bundle in front and rest of the mail in the cargo area of the vehicle. When loading is completed return your hamper to the staging area. Do not engage in unnecessary conversation with other carriers. **Depart for street duties making sure that your seat belt is on and all doors of your vehicle are closed.**

7. Drive to your first delivery following your authorized line of travel. **DO NOT DEVIATE UNLESS YOU HAVE SECURED PERMISSION OR IF THERE IS AN UNEXPECTED DETOUR.**

8. Carriers are to drive defensively at all times. Carriers are to turn off the engine at dismount and park points, set hand brake when vehicle is parked for any reason, curb wheels and lock vehicle if it would not be in sight when carrier is out of vehicle. **DO NOT BACK UP TO DELIVER A MISSED DELIVERY.**

9. **FOR SAFETY REASONS CELL PHONE USAGE IS LIMITED TO AUTHORIZED BREAK AND LUNCH LOCATIONS.**

10. **Scan MSP bar code at first delivery.**

11. Carriers are required to delivery mail with a single presentation to the mailboxes.

12. Ensure that all 3849's are properly filled out prior to leaving notice with customer's mail. (Date of delivery attempt, item description checked off, Customers name and address and check off in block if customer or his agent is required to be present at time of delivery). **VERIFY THAT YOU HAVE THE RIGHT 3849 FOR YOUR DELIVER AREA i.e. LANCASTER AVE FOR 19805 & 19806 AND GREENVILLE FOR 19807.**

13. All breaks including lunch breaks will be taken at the designated places and proximately the same time every day. Break points will be listed on PS Form 1564-A in your route book. **REMEMBER TO SCAN BEFORE AND AFTER LUNCH BARCODES. IF YOU ARE UNSURE OF THE LOCATIONS OF THESE BARCODES, SEE YOUR IMMEDIATE SUPERVISOR BEFORE LEAVING FOR STREET DUTIES. IF A BARCODE IS MISSING OR DAMAGED, NOTIFY YOUR IMMEDIATE SUPERVISOR.**

*Exhibit*
*pg 3*

- 3 -

14. Lunch period is 30 minutes unless otherwise authorized by your supervisor. **THE 30-MINUTE PERIOD STARTS FROM THE TIME YOU LEAVE YOUR LAST DELIVERY BEFORE LUNCH AND IT ENDS WHEN YOU MAKE YOUR FIRST DELIVERY AFTER LUNCH.**

*Section 15*

15. If for any unavoidable circumstances, you realize that you would not be able to complete your street duties in the required time for your route, your are to call your supervisor by 3:00 PM to inform him/her of your situation. **UNDER NO CIRCUMSTANCES ARE YOU AUTHORIZED TO USE UNAPPROVED OVERTIME AND/OR PENALTY OVERTIME.**

16. **REMEMBER TO SCAN THE BARCODE AT YOUR LAST DELIVERY.**

## PM OFFICE DUTIES

17. Upon your return, unload your vehicle and park in designated parking space. Place all outgoing Mails in the appropriate area, keeping stamped and meter mail separate. Place empty trays/tubs **NEATLY** in designated areas. Clock in from the street. Go to accountable cart and get cleared of all accountable mail. **(DO NOT MIX ACCOUNTABLE MAIL OR DELIVERY RECEIPTS WITH OTHER MAIL).**

18. **NO EMPLOYEE IS TO CASE MAIL AND/OR GO OVER MARK UPS AND "BAD MAIL" (MISSENT/MISSORTS) ON OVERTIME UNLESS AUTHORIZED.**

19. **If you return is earlier than expected, see a supervisor for further instructions. Leave may be granted. (All PTF's are required to see the closing supervisor prior to clocking out).**

**REMEMBER: DO NOT LOITER ON THE WORKROOM FLOOR**

Eileen Muzzi
**Manager, Customer Services**