# *Brian K. Reinbold Sr.*

3909 Delaware Street
Marshalton, DE 19808-5709
Phone (302) 683-9242
Cell (302) 753-4827
BKR0822@aol.com

May 2, 2006

Susan Kaufman
Heiman, Gouge & Kaufman, LLP
800 King Street, Suite 303
Wilmington, DE 19899-1674

Dear Mrs Kaufman,

    On May 1, 2006 I received an large white envelope post marked 04/21/2006 that had no seal and no contents. If I was asked to produce something or was to respond I would not know to what. Please resend the mailing again so I may produce or respond in a timely manner.

Sincerely,

Brian K Reinbold
3909 Delaware Street
Marshalton, DE 19808-5709

Cc: Patricia Hannigan
    Attorney for Defendants

  Judge Sleet
  US District Court