May 16, 2006

Brian K Reinbold
3704 Delaware St
Wilm, DE 19808

Judge Gregory Sleet
US District Court
844 N King St
Wilm, DE 19801

RE: Civil Action # 05-047 GMS

Dear Judge Sleet,

I am in receipt of your recent order regarding one of the above cases. Since the court refuses to accept my current filing as well as past filings and since the court has decided not to rule or make a decision on my motions and requests and giving the defendant the advantage against me, the court giving them more time to respond as well as not accepting my filings of proof and myself not understanding the rules and procedure of your court, I hereby ask that my current motions be withdrawn. If I wish the court would have put everything on a level playing field so proper justice could have been served.

Brian K Reinbold

US District Court
District of Delaware

Brian K Reinbold
           Plaintiff
vs
NALC 191 + USPS        Re: Civil Action # 05-047

## Notice of Service

I hereby state that a copy of the two letters to the Court were sent regular mail to each defendant or defendants on May 16, 2006.

*[signature]*